IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr301-MHT** |
| | ) | **(WO)** |
| **MYRON JERMAINE FLOWERS** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) As soon as possible, and within four weeks of the commencement of supervised release, the United States Probation Office shall have defendant Flowers reevaluated for substance-abuse treatment. He shall begin participating in a substance-abuse program approved by the probation department as soon as possible to prevent a relapse, which may include testing to determine whether he has reverted to the use of drugs. If he does not qualify for a specific

program, he should attend a Narcotics Anonymous program. The evaluator shall consider the recommendations of Dr. Kaufman's evaluation (Doc. 36-1) and Licensed Social Worker Ashley Edwards (Doc. 39-5).

(2) As soon as possible, and within nine weeks of the commencement of supervised release, the United States Probation Office shall arrange for defendant Myron Jermaine Flowers to receive individual trauma-focused psychotherapy to address his posttraumatic stress symptoms, trauma history, and institutionalization in accordance with the recommendations and findings of Dr. Holly Kaufman's evaluation (Doc. 36-1).

(3) As soon as possible, and within nine weeks of the commencement of supervised release, the United States Probation Office shall arrange for defendant Flowers to receive a thorough psychiatric evaluation to determine whether he would benefit from medication for

his diagnosed mental-health conditions, as recommended by Dr. Kaufman, and shall arrange for defendant Flowers to receive any recommended treatment.

(4) Within ten weeks of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Flowers is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning treatment or assessment, any professional treating or assessing defendant Flowers receives a copy of the psychological evaluation conducted by Dr. Kaufman (Doc. 36-1), the substance-abuse assessment by Licensed Social Worker Edwards (Doc. 39-5), and the presentence investigation report (Doc. 48).

DONE, this the 16th day of May, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**